Marileia PODAVIN, Plaintiff— Appellant,

v.

Greg COLLETT, District Director, U.S. Citizenship and Immigration Services, Baltimore, Maryland; Alejandro Mayorkas, Director, U.S. Citizenship and Immigration Services, Washington, DC, Defendants—Appellees.

No. 08–2113.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 7, 2009.

Decided: Oct. 21, 2009.

Carl W. Hampe, Jennifer Ancona Semko, Eric J. Rahn, Baker & McKenzie, LLP, Washington, D.C., for Appellant. Michael F. Hertz, Deputy Assistant Attorney General, Elizabeth J. Stevens, Assistant Director, Gisela A. Westwater, Office of Immigration Litigation, Washington, D.C., for Appellees.

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marileia Podavin appeals the district court's order granting the defendants' mo-

* The parties consented to the jurisdiction of the magistrate judge. 28 U.S.C. § 636(c) (2006).

tion to dismiss her complaint for declaratory and mandamus relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Podavin v. Caterisano,* No. 8:07–cv–01898–DKC (D.Md. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*